A CERTIFIED TRUE COPY
ATTEST
By Denise Morgan-Stone on Apr 14, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 4 2009

**U.S. DISTRICT COURT**
**DISTRICT OF R.I.**

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Mar 27, 2009**

FILED
CLERK'S OFFICE

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION

MDL No. 1842

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-47)**

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 493 F.Supp.2d 1371 (J.P.M.L. 2007). Since that time, 940 additional actions have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Apr 14, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION                                        MDL No. 1842

## SCHEDULE CTO-47 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|
| **CALIFORNIA NORTHERN** | | |
| CAN 3 09-944 | Lorraine Reuther, et al. v. Davol, Inc., et al. | **CA 09-2810** |
| **MINNESOTA** | | |
| MN 0 09-468 | Genoveva Vazquez-Rivera v. C.R. Bard, Inc., et al. | **CA 09-2811** |
| MN 0 09-469 | Patricia Cordova v. C.R. Bard, Inc., et al. | **CA 09-2812** |
| MN 0 09-470 | Rock T. Hurless v. C.R. Bard, Inc., et al. | **CA 09-2813** |
| MN 0 09-471 | Patsy V. Swanson v. C.R. Bard, Inc., et al. | **CA 09-2814** |
| **MISSOURI WESTERN** | | |
| MOW 4 09-150 | James Bolin v. C.R. Bard, Inc., et al. | **CA 09-2815** |
| **NEW JERSEY** | | |
| NJ 2 09-662 | Joseph John Posephny v. Davol, Inc., et al. | **CA 09-2816** |
| **NEW YORK EASTERN** | | |
| NYE 1 09-680 | Mattalin Smith v. Davol, Inc., et al. | **CA 09-2817** |
| NYE 1 09-681 | Katherine Byers v. Davol, Inc., et al. | **CA 09-2818** |
| NYE 1 09-705 | Melody Ingram, et al. v. Davol, Inc., et al. | **CA 09-2819** |
| **NEW YORK SOUTHERN** | | |
| NYS 7 09-1300 | Kevin Michael Moriarty, et al. v. Davol, Inc., et al. | **CA 09-2820** |
| **UTAH** | | |
| UT 2 09-173 | Harlan Brent Hickman v. C.R. Bard, Inc., et al. | **CA 09-2821** |

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION                                                                 MDL No. 1842

## INVOLVED COUNSEL LIST (CTO-47)

Eric T. Chaffin
BERNSTEIN LIEBHARD LLP
10 East 40th Street
22nd Floor
New York, NY 10016

Elizabeth T. Dunning
HOLME ROBERTS & OWEN LLP
299 South Main Street
Suite 1800
Salt Lake City, UT 84111-2263

Amy Eskin
HERSH & HERSH
2080 Opera Plaza
601 Van Ness Avenue
San Francisco, CA 94102-6396

Thomas M. Frieder
HASSARD BONNINGTON LLP
Two Embarcadero Center
Suite 1800
San Francisco, CA 94111-3941

Stephanie Hatzakos
MILBERG LLP
One Pennsylvania Plaza
49th Floor
New York, NY 10119-0165

Joe G. Hollingsworth
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, DC 20005

Charles H. Johnson
CHARLES H JOHNSON & ASSOCIATES PA
2599 Mississippi Street
New Brighton, MN 55112-5060

Jeffrey M. Kuntz
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

Michael A. London
DOUGLAS & LONDON PC
111 John Street
8th Floor
New York, NY 10038

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
Suite 200
Providence, RI 02903-7109

Melanie H. Muhlstock
PARKER WAICHMAN ALONSO LLP
111 Great Neck Road
1st Floor
Great Neck, NY 11021-5402

Jerrold S. Parker
PARKER WAICHMAN ALONSO LLP
111 Great Neck Road
1st Floor
Great Neck, NY 11021-5402

Christopher C. Pike
G ERIC NIELSON & ASSOCIATES
4790 S. Holladay Boulevard
Salt Lake City, UT 84117

Derek H. Potts
POTTS LAW FIRM LLC
908 Broadway
3rd Floor
Kansas City, MO 64105

Cameron J. Tario
111 East Kellogg Boulevard #3209
Saint Paul, MN 55101

Kristen L. Walter
DAVIDOVITZ & BENNETT LLP
One Embarcadero Center
Suite 750
San Francisco, CA 94111-3650

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION

MDL No. 1842

## INVOLVED JUDGES LIST (CTO-47)

Hon. William H. Alsup
U.S. District Judge
Phillip Burton U.S. Courthouse, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Dee V. Benson
U.S. District Judge
264 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Frederic Block
Senior U.S. District Judge
925S U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Hon. Raymond J. Dearie
Chief Judge, U.S. District Court
912 S U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. I. Leo Glasser
Senior U.S. District Judge
921 U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Joseph A. Greenaway, Jr.
U.S. District Judge
411 U.S. Post Office & Courthouse
Two Federal Square
Newark, NJ 07102

Hon. Kenneth M. Karas
U.S. District Judge
533 Charles L. Brieant, Jr. U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Hon. Richard H. Kyle
Senior U.S. District Judge
772 Warren E. Burger Federal Building
316 N. Robert Street
St. Paul, MN 55101

Hon. Ortrie D. Smith
U.S. District Judge
United States District Court
8552 Charles Evans Whittaker U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION                                                    MDL No. 1842

## INVOLVED CLERKS LIST (CTO-47)

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

William T. Walsh, Clerk
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

D. Mark Jones, Clerk
150 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101